```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 40056
   RICHARD WILLIAMS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8209


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/23/2005 and was confirmed 11/10/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 03/22/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
ARONSON FURNITURE          SECURED              148.93       12.03        118.46
TRIAD FINANCIAL CORP       SECURED             5725.00      417.50       4844.23
TRIAD FINANCIAL CORP       UNSEC W/INTER       2830.36         .00           .00
AMERICASH LOANS LLC        UNSEC W/INTER        892.28         .00           .00
CAPITAL ONE                UNSEC W/INTER        685.94         .00           .00
COMCAST                    UNSEC W/INTER     NOT FILED         .00           .00
CREDIT PROTECTION ASSOC    NOTICE ONLY      NOT FILED         .00           .00
COOK COUNTY STATES ATTY    UNSEC W/INTER    NOT FILED         .00           .00
B-LINE LLC                 UNSEC W/INTER       1099.96         .00           .00
I C COLLECTION SERVICE     UNSEC W/INTER    NOT FILED         .00           .00
LOU HARRIS & CO            UNSEC W/INTER    NOT FILED         .00           .00
PAYDAY LOAN STORE          UNSEC W/INTER    NOT FILED         .00           .00
PAYDAY LOAN                UNSEC W/INTER    NOT FILED         .00           .00
UNIVERISTY OF CHICAGO      UNSEC W/INTER    NOT FILED         .00           .00
B-LINE LLC                 UNSEC W/INTER       1586.63         .00           .00
PREMIER BANCARD CHARTER    FILED LATE          290.88         .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                        429.27
DEBTOR REFUND              REFUND                                           8.51

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              8,530.00

PRIORITY                                          .00
SECURED                                      4,962.69
    INTEREST                                   429.53
UNSECURED                                         .00
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                           429.27

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 40056 RICHARD WILLIAMS
```

```
DEBTOR REFUND                                                    8.51
                                      ---------------   ---------------
TOTALS                                       8,530.00          8,530.00
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/04/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```